# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> T. RUCKER, et al., <br><br> Defendants | Case No.: 3:19-cv-00468-LAB-AHG <br><br> **ORDER OF DISMISSAL [Dkt. 36]** |

The parties have jointly moved the Court for an order dismissing the case with prejudice. Dkt. 36. Pursuant to Fed. R. Civ. P. 41(a) and L. Civ. R. 7.2, the Court **GRANTS** the motion. The entire action is **DISMISSED WITH PREJUDICE**.

DATED: August 14, 2020

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge